# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Dropbox accounts that are associated with the following electronic mail ("email") addresses: christophburke@aol.com, abcgroupnh@gmail.com, banemedsup@gmail.com, allstarnh21@gmail.com, laconiamedsup@gmail.com, akbrode@gmail.com, nemedsup@protonmail.com, banesupply24@gmail.com | Case No. 1:24-mj-243-01-AJ |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the **Northern** District of **California**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 1347 | - Health Care Fraud |
| 18 USC 1349 | - Conspiracy to Commit Health Care Fraud |
| 18 USC 1343 | - Wire Fraud |
| 42 USC 132a-7(b)(1)(a) and 1320a-7(b)(2)(a) | - Payment or Receipt of Health Care Kickbacks |
| 18 USC 371 | - Conspiracy to Pay or Receive Illegal Remunerations |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Erika Broadhurst
*Applicant's signature*

Erika Broadhurst, HHS-OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephonic means** *(specify reliable electronic means)*.

Date: **Sep 19, 2024**

*Judge's signature*

City and state: Concord, New Hampshire   Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*